THE HANSON LAW FIRM
John W. Hanson, SBN: 214771
Elisa M. Swanson, SBN: 215361
548 Market Street, PMB 53441
San Francisco, CA 94104-5401
Phone: (858) 451-0291 / Fax: (858) 451-0281
john@thesandiegolemonlawyer.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS PAPPAS, a Natural Person,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendant(s). | **CASE NO.: 3:21-cv-584-BEN-KSC**<br><br>(Removed from San Diego Superior Court Case No.: 37-2021-0007842-CU-BC-CTL)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: October 18, 2021<br>Time: 10:30 a.m.<br><br>JUDGE:<br>Hon. Roger T. Benitez<br><br>MAGISTRATE JUDGE:<br>Hon. Karen S. Crawford |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 18, 2021, at 10:30 a.m., or as soon thereafter as may be heard in Courtroom 5A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California, Plaintiff Nicholas Pappas ("Plaintiff") will and hereby does move for an order awarding attorneys' fees and costs in the total amount of $45,162.80, as the prevailing party and pursuant to Cal.Civ.Code §1794, et al.

Plaintiff's Motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations submitted in support of this Motion, any Declarations or documents Plaintiff or Defendants may subsequently file, all other pleadings and papers on file in this action, and any oral argument or other

matter that may be considered by the Court. Plaintiff requests an evidentiary hearing for any factually contested matters.

Dated: September 17, 2021

THE HANSON LAW FIRM

By: ______________________

THE HANSON LAW FIRM
John W. Hanson, SBN: 214771
Elisa M. Swanson, SBN: 215361
548 Market Street, PMB 53441
San Francisco, CA 94104-5401
Phone: (858) 451-0291 / Fax: (858) 451-0281
john@thesandiegolemonlawyer.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

John W. Hanson